**Keith BRUNDIGE, Plaintiff–Appellant,**

v.

**Dennis JENSEN, of the Prince William County Police Department, Defendant–Appellee.**

No. 06–1599.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 2, 2006.

Keith Brundige, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Brundige appeals the district court's order dismissing his complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brundige v. Jensen*, No. 1:06–cv–00111–TSE (E.D.Va. Mar. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*